IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LANCE GADISON                                                                                    PLAINTIFF

v.                                                                                      No. 4:03CV281-P-A

MR. JACKSON                                                                                      DEFENDANT

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g). In light of this judgment, all motions currently pending in this case are hereby **DISMISSED** as moot.

**SO ORDERED,** this the 5th day of May, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE